# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 14, 2024

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

No. 22-30686   Landor v. Louisiana Dept of Corr
USDC No. 3:21-CV-733

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Mr. Clifford Warren Berlow
     Mr. Shai Berman
     Mr. Jacob Isaac Chefitz
     Ms. Casey Rose Denson
     Ms. LaKeisha Ford
     Mr. Noel John Francisco
     Ms. Phyllis Esther Glazer
     Ms. Adeel A. Mangi
     Ms. Francesca Genova Matozzo
     Mr. Joshua C. McDaniel
     Mr. Eric C. Rassbach
     Mr. Jacob Moshe Roth
     Mr. Gordon D. Todd
     Mr. Zachary Tripp