**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Shai Berman**
+1 (212) 310-8812
shai.berman@weil.com

July 8, 2025

Honorable Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *Damon Landor v. Louisiana Department of Corrections and Public Safety, et al.*, No. 22-30686

Dear Mr. Cayce,

  Weil, Gotshal & Manges LLP and Casey Denson Law, LLC represent Plaintiff-Appellant Damon Landor in connection with the above referenced matter. This letter shall serve as written request that the Court grant Shai Berman withdrawal as an attorney of record for Mr. Landor in this matter.

  No other attorney is withdrawing his or her appearance by this notice. The law firms of Weil, Gotshal & Manges LLP and Casey Denson Law, LLC will continue to serve as counsel for Mr. Landor. Because Mr. Landor has been and will continue to be represented by Weil, Gotshal & Manges LLP and Casey Denson Law, LLC, the withdrawal of the undersigned will not cause any disruption in the matter.

Respectfully submitted,

*s/ Shai Berman*
Shai Berman


cc: All Counsel of Record (via electronic filing)